# EXHIBIT I

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of the Director* (MS 2000)
Washington, DC  20529-2000



March 5, 2020                                                                            PA-2020-07

# Policy Alert

SUBJECT:   Submission of Benefit Requests

**Purpose**

U.S. Citizenship and Immigration Services (USCIS) is issuing policy guidance in the USCIS Policy Manual regarding submission of benefit requests to USCIS.

**Background**

Typically, aliens first encounter USCIS when seeking benefit requests through submission of USCIS forms. Applicants, petitioners, and other requestors must submit to USCIS properly completed requests with a valid signature, appropriate fees, and certain initial evidence as outlined in the regulations and form instructions in order for USCIS to accept the benefit request for adjudication.[1]

This guidance, contained in Volume 1 of the Policy Manual, updates and replaces existing guidance found in Chapter 10.1 of the Adjudicator's Field Manual (AFM), as well as the AFM's related appendices, and related policy memoranda.[2] The guidance contained in the Policy Manual is controlling and supersedes any prior guidance on this topic.

**Policy Highlights**

- Explains signature validity, including circumstances in which others may sign on behalf of the benefit requestor.

- Explains proper submission and acceptance of benefit requests with USCIS, including traditional and electronic methods of submission and general acceptance criteria.

- Clarifies that USCIS rejects benefit requests that do not meet certain minimum requirements at the time of filing.

**Citation**

Volume 1: General Policies and Procedures, Part B, Submission of Benefit Requests
[1 USCIS-PM B].

---

[1] See 8 CFR 103.7(a)(1).
[2] USCIS is also making minor technical updates in other Policy Manual parts consistent with this update.