UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIN QIAN,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | Civil Action No. 26-2019 (CRC) |

**NOTICE OF FILING OF CERTIFIED INDEX OF ADMINISTRATIVE RECORD**

Pursuant to Local Rule 7(n)(1), Defendants respectfully submit the enclosed certified list of the contents of the Administrative Record in this matter. In compliance with the Court Order on September 14, 2026, Defendants separately transmitted a copy of the entire certified Administrative Record to Plaintiff via counsel.

Dated: September 16, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Kristen J. Rees</u>*
Kristen J. Rees
Special Assistant United States Attorney
601 D Street, NW, Washington, DC 20530
(956) 607-6897
kristen.rees@usdoj.gov

*Attorneys for the United States of America*

**Qian, Jin - Form I-526**

**DOCUMENT INDEX**
**Administrative Record**

| Item No. | Document | Page No. |
|---|---|---|
| 1 | Form I-526 with Exhibits | 1-1221 |
| 2 | Notice of Intent to Deny | 1222-1226 |
| 3 | Response to Request for Evidence | 1227-1248 |
| 6 | Form I-526 Denial | 1249-1258 |
| 7 | Form I-290B Appeal with Exhibits | 1259 -1457 |
| 8 | Form I-290B Appeal Decision | 1458-1460 |

**Certification of Documents**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form G-24**
Internal Use

# United States of America

**Department of Homeland Security**

**U.S. Citizenship and Immigration Services**

09/15/2026
Date *(mm/dd/yyyy)*

## Certification of Documents

(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act (INA), and Title IV, Subtitle E, Section 451 and Section 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: Qian, Jin

Also known as (aka):

File and/or Certificate Number: WAC1590553636

Number of Pages Copied: 1460

**Annotations**

The copied pages constitute the administrative record, including appeals, for the referenced file.

DAYOUN CHIN Digitally signed by DAYOUN CHIN Date: 2026.09.15 14:01:12 -04'00'

Signature of Authorized Person

Dayoun Chin, Immigration Services Assistant

Print Name and Title of Authorized Person

IMMIGRANT INVESTOR PROGRAM OFFICE

Office of Authorized Person